IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BOBBI RAE DAVIS | § | |
| | § | |
| VS. | § | ACTION NO. 4:08-CV-009-Y |
| | § | |
| MICHAEL J. ASTRUE, Commissioner | § | |
| of Social Security | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

On November 21, 2008, the United States magistrate judge issued his proposed findings, conclusions, and recommendation in the above-styled and numbered cause. The magistrate judge gave all parties until December 12 to serve and file with the Court written objections to his decision. No written objections have been received from either party. *See Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1428-29 (5th Cir. 1996). As a result, in accordance with 28 U.S.C. § 636(b)(1), *de novo* review is not required. Nevertheless, the Court has reviewed the magistrate judge's findings, conclusions, and recommendation for plain error and has found none.

Thus, after consideration of this matter, the Court concludes that the findings and conclusions of the magistrate judge should be and are hereby ADOPTED as the findings and conclusions of this Court. The decision of the Commissioner is therefore AFFIRMED.

SIGNED January 8, 2009.

/s/ Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE